**Motion granted; Abatement Order filed February 9, 2017.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-00690-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**ABEL DAN PEREZ, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCR-063550**

## ABATEMENT ORDER

This appeal by the State follows the trial court's order granting appellee's motion to suppress evidence, including statements made by appellee. On September 2, 2016, the State filed a motion in the trial court requesting the court to enter findings of fact and conclusions of law regarding its order. No findings of fact or conclusions of law were entered.

On January 17, 2017, the State filed a motion in this court asking that we direct the trial court to enter findings and conclusions. No response to the motion has been filed.

When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court is required to make them. *State v. Cullen,* 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006). Accordingly, the State's motion is **GRANTED**. The trial court is directed to reduce to writing its findings of fact and conclusions of law on the suppression of evidence and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **March 13, 2017.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM